MANUEL CABRAL & another *vs.* NEW BEDFORD GAS AND EDISON LIGHT
COMPANY. February 28, 1963. Exceptions overruled. This is an action
of tort for damage by fire to a building and contents owned by the plain-
tiffs. There was evidence that during a snow storm with accompanying
high winds a pole from which service wires carrying electricity came to the
plaintiffs' house was caused to lean away from the house about fifteen
feet. This resulted in a stretching of the wires, one of which dropped to
the ground. A short circuit occurred with a consequent flow of excess
current from a transformer on a second pole located some ninety-nine feet
from the first. The short circuit could have been generated by the broken
wire coming in contact with the snow covered ground or because of an
abnormal sag in the wires produced by snow accumulation on them. A
fuse on the transformer which was supposed to blow under these condi-
tions failed to do so and there was fed into the plaintiffs' house and wiring
system a charge approximating 2,300 volts for a period of fifteen minutes.
This caused the fire. A motion for a directed verdict by the defendant was
correctly denied. There was evidence on which the jury might have found
the defendant negligent. It is not necessary to rely on such cases as *Fitch-
burg Gas & Elec. Light Co.* v. *Samuel Evans Constr. Co. Inc.* 338 Mass.
752. See *St. Louis* v. *Bay State St. Ry.* 216 Mass. 255, 257, and cases
cited; *Burns* v. *Holyoke St. Ry.* 253 Mass. 443, 445. Whether the plain-
tiffs were guilty of contributory negligence was for the jury. *Rasmussen*
v. *Fitchburg Gas & Elec. Light Co.* 343 Mass. 515, 519.

*William J. Fenton* for the defendant.
*Paul J. McCawley* (*Raymond A. Letourneau* with him) for the plain-
tiffs.